| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>Joshua I. Goldman, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>jgoldman@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for M&T Bank | **NOTICE OF APPEARANCE**<br><br>Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case<br><br>Case No: 16-23712 MBK<br><br>Chapter: 7<br><br>Judge: Michael B. Kaplan<br><br>on behalf of<br><br>M&T Bank<br><br>Request is made that the documents filed in this case and identified below be served on the undersigned at this address: |
| In Re:<br>Elimelech Slomovits<br><br>                              Debtor | |

ADDRESS:

33 Ford Avenue Lakewood Township, NJ 08701

DOCUMENTS
☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐☐  All documents and pleadings of any nature.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Joshua I. Goldman, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*