Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–23712–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elimelech Slomovits
   33 Ford Avenue
   Lakewood, NJ 08701

Social Security No.:
   xxx–xx–1796

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/8/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 8, 2016
JJW: wir

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Elimelech Slomovits  
    Debtor

Case No. 16-23712-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 08, 2016  
                      Form ID: 148     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2016.
```
db              +Elimelech Slomovits,    33 Ford Avenue,    Lakewood, NJ 08701-5660
516292580       +EUGENE M. RONDEAU, ESQUIRE,    1182 FISCHER BOULEVARD,    SUITE 1,    TOMS RIVER NJ 08753-3093
516292582       +RIVKA SLOMOVITS,    33 FORD AVENUE,    LAKEWOOD NJ 08701-5660
516292583       +ROMANO, GARUBO & ARGENTIERI,    52 Newton Avenue,    Woodbury, NJ 08096-4610
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2016 23:06:38     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2016 23:06:36     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516292581        E-mail/Text: camanagement@mtb.com Aug 08 2016 23:06:28     HUDSON CITY SAVINGS BANK,
                 WEST 80 CENTURY ROAD,   PARAMUS NJ 07652-1478
                                                                                             TOTAL: 3
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516292579*      +ELIMELECH SLOMOVITS,    33 FORD AVENUE,    LAKEWOOD NJ 08701-5660
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2016 at the address(es) listed below:
```
              Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eugene M Rondeau    on behalf of Debtor Elimelech  Slomovits shorelawyer@aol.com
                                                                                             TOTAL: 3
```