**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Elimelech Slomovits

**Order Filed on August 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-23712

Hearing Date: 

Judge: KAPLAN

Chapter: 7

Recommended Local Form:    ❐ Followed    ❐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 8, 2016**

*Honorable Michael B. Kaplan
United States Bankruptcy Judge*

Upon the motion of ___the court for failure to file missing schedules___ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Elimelech Slomovits  
      Debtor

Case No. 16-23712-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 08, 2016  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2016.  
db            +Elimelech Slomovits,    33 Ford Avenue,    Lakewood, NJ 08701-5660

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2016 at the address(es) listed below:  
            Andrea   Dobin     ecftrusteead@trenklawfirm.com,  NJ55@ecfcbis.com  
            Denise E. Carlon     on behalf of Creditor     M&T Bank dcarlon@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            Eugene M Rondeau     on behalf of Debtor Elimelech   Slomovits shorelawyer@aol.com  
                                                                                                 TOTAL: 3